ORGO FARMS & GREENHOUSE, INC. v. STATE OF
NEW JERSEY, BY THE COMMISSIONER
OF TRANSPORTATION.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD BUNTING.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME ROBINSON.

February 19, 1982.

Petition for certification denied.

ROBERT L. MAZZEO v. THEODORE A. GODFREY.

February 19, 1982.

Petition for certification denied.